## CERTIFICATE OF SERVICE

I hereby certify that on this date I caused a true and correct copy of **Plaintiff's**

**Memorandum of Law in Opposition to Defendant's Motion to Dismiss** to be served by

United States Mail, First Class Service, properly addressed and postage prepaid, upon the

following:

Thomas C. DeLorenzo, Esquire
MARSHALL, DENNEHEY, WARNER,
COLEMAN & GOGGIN, P.C.
1845 Walnut Street - 19th Floor
Philadelphia, PA 19103
Attorney for Defendant

_____
SIDNEY L. GOLD, ESQUIRE

DATE:_____