```
            UNITED STATES DISTRICT COURT
       FOR THE EASTERN DISTRICT OF PENNSYLVANIA
```

                                            Case No. 2002-4713
                                            Filed: July 16, 2002

KEVIN WAGNER                       Sidney L. Gold, Esq.
                                    1835 Market Street
                                    Philadelphia, Pa. 19103
   v.                             215-569-1999

BRISTOL TOWNSHIP              Larry Haft, Esq.
                                    330 S. State Street
                                    Newtown, Pa. 18940
                                    215-968-6886

**NOTICE OF PRETRIAL CONFERENCE**

       Please be advised that a pretrial conference in the above matter has been ordered by Judge Clarence C. Newcomer in his chambers, 13th floor Room 13614 on **Wednesday, April 9, 2003 at 11:15 a.m**.

       The purposes of the conference are set forth in F.R.C.P. 16. The Court will assume that you will be fully prepared to comply with all provisions of Rule 16. You are, therefore, instructed to obtain authority to enter into stipulations, make admissions, and express evaluations in accordance with the Rule.

       If the case is not a complex one, in the interest of conserving time and resources for you and your client you are invited to call me requesting that the conference be by telephone. Our office is equipped to initiate such conference calls. If this case involves more than two attorneys, you may initiate the call. Chamber's phone number is 215-597-7847.

       This pretrial conference will be continued only in extreme circumstances. If you are unable to attend, someone from your office as familiar as possible with this case should attend.

                                            For the Court,

                                            _____
                                            Michael Finney, Deputy
                                            Clerk to Judge Newcomer
                                            267-299-7509

Copies faxed to the above counsel.
March 11, 2003