```
                                   C.A. No. 02-4713
                                   Filed 7/16/02


KEVIN WAGNER                        Sidney L. Gold
                                   Lovitz & Gold, PC
                                   11 Penn Ctr.
                                   1835 Market St.
                                   Suite 515
                                   Philadelphia, PA 19103

         V.

BRISTOL TOWNSHIP                    Thomas C. Delorenzo
                                   Marshall Dennehey Warner
                                   Coleman & Goggi
                                   1845 Walnut St., 19th Flr.
                                   Philadelphia, PA 19103
```

<u>PRETRIAL SCHEDULING ORDER</u>

Following a pretrial conference with the parties it is

hereby ORDERED:

```
     1.   Discovery completion date    :    7/10/03
     2.   Expert Reports               :    6/10/03
     3.   Responses to Expert Reports  :    7/10/03
     4.   Dispositive motions due      :    6/27/03
          Responses due                :    7/10/03
     3.   Pretrial memoranda and JOINTLY
          proposed jury instructions
          or proposed findings of fact and
          conclusions of law, on disk  :    7/16/03
     4.   Final pretrial conference    :    7/21/03, 3:15 p.m.
     5.   All counsel shall be prepared
          for trial                    :    7/21/03
     6.   All provisions of attached procedure shall be observed.
```

AND IT IS SO ORDERED.


April 11, 2003                      Clarence C. Newcomer, J.

                              By:_____
                                   Michael Finney,
                                   Deputy Clerk to
                                   Judge Newcomer


Copies mailed to above-listed counsel.