## CERTIFICATE OF SERVICE

I hereby certify that on this date I caused a true and correct copy of **Plaintiff's Motion to Extend the Discovery Deadline** to be served by United States Mail, First Class Service, properly addressed and postage prepaid, upon the following:

>
> Thomas C. DeLorenzo, Esquire
> MARSHALL, DENNEHEY, WARNER,
> COLEMAN & GOGGIN, P.C.
> 1845 Walnut Street - 19th Floor
> Philadelphia, PA 19103
> Attorney for Defendant

_____
SIDNEY L. GOLD, ESQUIRE

DATE:_____