**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

KEVIN WAGNER,                          :    **CIVIL ACTION NO.: 02-cv-4713**
                                       :
              *Plaintiff,*             :
                                       :
       vs.                             :
                                       :
BRISTOL TOWNSHIP,                      :
                                       :
              *Defendant.*             :


**O R D E R**

_____**AND NOW** this      day of              , 2003,  it is hereby **ORDERED and DECREED**

that upon consideration of Plaintiff's Motion to Extend the Discovery Deadline and all other

dates, and any response thereto, it is hereby **ORDERED** that the discovery deadline shall be

extended an additional **(60) days** and all other dates will be adjusted accordingly.


                              **APPROVED BY THE COURT:**


                              _____
                                            **J.**