IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| KEVIN WAGNER, | : | CIVIL ACTION |
|     Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| BRISTOL TOWNSHIP, | : | NO. 02-4713 |
|     Defendant. | : | |

## O R D E R

AND NOW, this     day of May, 2003, upon consideration of the Plaintiff's Motion to Extend the Discovery Deadline and All Other Dates Sixty Days, it is hereby ORDERED that the request for a sixty-day extension is DENIED.  It is further ORDERED that this Court's Scheduling Order of April 11, 2003 is AMENDED as follows:

1. Discovery completion date : 8/10/03
2. Expert Reports : 7/10/03
3. Responses to Expert Reports : 8/10/03
4. Dispositive motions due : 7/27/03
   Responses due : 8/10/03
3. Pretrial memoranda and JOINTLY proposed jury instructions or proposed findings of fact and conclusions of law, on disk : 8/29/03
4. Final pretrial conference : 9/8/03, 3:15 a.m.
5. All counsel shall be prepared for trial : 9/8/03

AND IT IS SO ORDERED.

_____
Clarence C. Newcomer, S.J.