IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| KEVIN WAGNER | : | CIVIL ACTION |
| v. | : | |
| BRISTOL TOWNSHIP | : | NO. 02-4713 |

## SCHEDULING ORDER

AND NOW, this 6th day of AUGUST, 2003, the following schedule is HEREBY ORDERED in the above captioned matter.

1. Discovery Deadline: August 10, 2003.

2. Motions for Summary Judgment: August 26, 2003.

3. Response to Motions for Summary Judgment: September 9, 2003.

5. Expert Reports: August 22, 2003.

4. Pretrial Settlement Conference: September 30, 2003 at 10:00 AM

5. Trial Date: September 30, 2003.

BY THE COURT:

_____
PETER B. SCUDERI
UNITED STATES MAGISTRATE JUDGE

## STANDING ORDER PRETRIAL PREPARATION

In lieu of pretrial memoranda or a Final Pretrial Order, under Local Rules 16.1(d)(1) and (2), a Pretrial Stipulation shall be submitted, containing the following:

1. Agreed facts. A conscientious effort should be made to narrow the areas of dispute.

2. Each party's disputed facts.

3. Each party's exhibits, as marked for trial.

   - Any objections to authenticity should be noted or will be considered waived.

4. Each party's witnesses and the subject matter of the witness's testimony.

5. Unusual issues - contentions and authority.

6. Brief description of any motions in limine - and nonmovant's position.

7. The signed approval of trial counsel for each party.

Plaintiff's counsel should circulate initial draft at least one week before date due.

TO BE SUBMITTED ONE WEEK BEFORE THE FIRST DAY OF JURY TRIAL IN BOTH HARD COPY AND DISC.

- Proposed Jury Instructions.

- Proposed jury verdict form. (May be submitted the first day of trial)

TO BE SUBMITTED ONE WEEK BEFORE THE FIRST DAY OF NON JURY TRIAL IN BOTH HARD COPY AND DISC.

- Requests for findings and conclusions.