IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| KEVIN WAGNER, | : | CIVIL ACTION NO.: 02-cv-4713 |
| *Plaintiff*, | : | |
| vs. | : | |
| BRISTOL TOWNSHIP, | : | |
| *Defendant*. | : | |

**ORDER**

**AND NOW** this _____ day of _____, 2003, upon consideration of Defendant's Motion for Summary Judgment with accompanying Memorandum of Law, and Plaintiff's Memorandum of Law in Opposition thereto, it is hereby **ORDERED AND DECREED** that Defendant's Motion for Summary Judgment is **DISMISSED**.

_____
J.