## CERTIFICATE OF SERVICE

I hereby certify that on this date I caused a true and correct copy of **Plaintiff's Proposed Jury Instructions** to be served by United States Mail, First Class Service, properly addressed and postage prepaid, upon the following:

Thomas C. DeLorenzo, Esquire<br>
MARSHALL, DENNEHEY, WARNER,<br>
COLEMAN & GOGGIN, P.C.<br>
1845 Walnut Street - 19th Floor<br>
Philadelphia, PA 19103<br>
Attorney for Defendant

_____
SIDNEY L. GOLD, ESQUIRE
Attorney for Plaintiff

DATE:_____